1  Thomas F. Bertrand, State Bar No. 056560
   Richard W. Osman, State Bar No. 167993
2  BERTRAND, FOX & ELLIOT
3  The Waterfront Building
   2749 Hyde Street
4  San Francisco, California 94109
   Telephone: (415) 353-0999
5  Facsimile:  (415) 353-0990
   Email: rosman@bfesf.com
6
7  Attorneys for Defendants
   CITY OF VACAVILLE,
8  RICHARD WORD and DANIEL VALK

9
   John L. Burris, State Bar No. 69888
10 Benjamin Nisenbaum, State Bar No. 222173
   LAW OFFICES OF JOHN L. BURRIS
11 Airport Corporate Centre
   7677 Oakport Street, Suite 1120
12 VACAVILLE, California 94621
   Telephone: (510) 839-5200
13 Facsimile: (510) 839-3882
14 Email: john.burris@johnburrislaw.com

15 Attorneys for Plaintiff
   SAMUEL WHITE
16

17                             UNITED STATES DISTRICT COURT

18                             EASTERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  SAMUEL WHITE, | Case No. 2:12-cv-00515-GEB−KJN |
| 21       Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR DISCLOSURE OF EXPERTS AND DISCLOSURE OF REBUTTAL EXPERTS** |
| 22       v. | |
| 23  CITY OF VACAVILLE, a municipal corporation; RICHARD WORD, in his capacity as Chief of Police for the CITY OF VACAVILLE; DANIEL VALK, individually and in his capacity as a police officer for the CITY OF VACAVILLE; DOES 1-25, inclusive, | |
| 27       Defendants. | |

1

STIPULATION TO CONTINUE DISCLOSURE DATE OF EXPERTS AND DISCLOSURE OF REBUTTAL EXPERTS
*White v. City of Vacaville, et al.*
U.S.D.C. Northern District of CA Case No. 2:12-cv-00515-GEB-KJN

The parties, by and through their respective counsel, previously stipulated and requested that the April 12, 2013 Expert Disclosure date in this matter be continued to May 10, 2013, and the May 10, 2013 Rebuttal Expert Disclosure date be continued to June 7, 2013 based on the need to complete further depositions. The Court granted the request.

The parties hereby request another extension of the Expert Disclosure date and the Rebuttal Expert Disclosure date, again based on the need to complete additional depositions. The parties stipulate and request that the Expert Disclosure date be continued to May 31, 2013 and the Rebuttal Expert date be continued to June 21, 2013 to allow additional depositions to be completed and so that the parties can have their experts review and potentially include information from these depositions in their FRCP Rule 26 reports. Moving the expert disclosure dates will accommodate this.

Additionally, a settlement demand was made by plaintiff and the parties presently are engaged in settlement discussions. Moving the Expert Disclosure date will help facilitate the settlement process.

Continuing the Expert Disclosure date and the Rebuttal Expert date will not affect any other dates in this case.

**SO STIPULATED.**

Dated: May 7, 2013                                    BERTRAND, FOX & ELLIOT

                                                      By:  /s/ *Richard W. Osman*
                                                           Richard W. Osman
                                                           Attorneys for Defendants
                                                           CITY OF VACAVILLE,
                                                           RICHARD WORD and DANIEL VALK


Dated: May 7, 2013                                    LAW OFFICES OF JOHN L. BURRIS

                                                      By:  /s/ *Benjamin Nisenbaum*
                                                           Benjamin Nisenbaum
                                                           Attorneys for Plaintiff
                                                           SAMUEL WHITE

2

STIPULATION TO CONTINUE DISCLOSURE DATE OF EXPERTS AND DISCLOSURE OF REBUTTAL EXPERTS
*White v. City of Vacaville, et al.*
U.S.D.C. Northern District of CA Case No. 2:12-cv-00515-GEB-KJN

# [PROPOSED] ORDER

Having reviewed the stipulation of counsel herein, IT IS HEREBY ORDERED that the Expert Disclosure date is continued from May 10, 2013 to May 31, 2013 and the Rebuttal Expert date is continued from June 7, 2013 to June 21, 2013.

**IT IS SO ORDERED.**

**Date: 5/8/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3

STIPULATION TO CONTINUE DISCLOSURE DATE OF EXPERTS AND DISCLOSURE OF REBUTTAL EXPERTS
*White v. City of Vacaville, et al.*
U.S.D.C. Northern District of CA Case No. 2:12-cv-00515-GEB-KJN