Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: rosman@bfesf.com

Attorneys for Defendants
CITY OF VACAVILLE,
RICHARD WORD and DANIEL VALK

John L. Burris, State Bar No. 69888
Benjamin Nisenbaum, State Bar No. 222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
VACAVILLE, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com

Attorneys for Plaintiff
SAMUEL WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF VACAVILLE, a municipal corporation; RICHARD WORD, in his capacity as Chief of Police for the CITY OF VACAVILLE; DANIEL VALK, individually and in his capacity as a police officer for the CITY OF VACAVILLE; DOES 1-25, inclusive,<br><br>    Defendants. | Case No. 2:12-cv-00515-GEB−KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR DISCLOSURE OF EXPERTS AND DISCLOSURE OF REBUTTAL EXPERTS** |

1

STIPULATION TO CONTINUE DISCLOSURE DATE OF EXPERTS AND DISCLOSURE OF REBUTTAL EXPERTS
*White v. City of Vacaville, et al.*
U.S.D.C. Northern District of CA Case No. 2:12-cv-00515-GEB-KJN

The parties, by and through their respective counsel, previously stipulated and requested that the April 12, 2013 Expert Disclosure date in this matter be continued to May 10, 2013, and the May 10, 2013 Rebuttal Expert Disclosure date be continued to June 7, 2013 based on the need to complete further depositions. The Court granted the request.

The parties hereby request another extension of the Expert Disclosure date and the Rebuttal Expert Disclosure date, again based on the need to complete additional depositions. The parties stipulate and request that the Expert Disclosure date be continued to May 31, 2013 and the Rebuttal Expert date be continued to June 21, 2013 to allow additional depositions to be completed and so that the parties can have their experts review and potentially include information from these depositions in their FRCP Rule 26 reports. Moving the expert disclosure dates will accommodate this.

Additionally, a settlement demand was made by plaintiff and the parties presently are engaged in settlement discussions. Moving the Expert Disclosure date will help facilitate the settlement process.

Continuing the Expert Disclosure date and the Rebuttal Expert date will not affect any other dates in this case.

**SO STIPULATED.**

Dated:  May 7, 2013                                          BERTRAND, FOX & ELLIOT

                                                                          By:   /s/ *Richard W. Osman*
                                                                                  Richard W. Osman
                                                                                  Attorneys for Defendants
                                                                                  CITY OF VACAVILLE,
                                                                                  RICHARD WORD and DANIEL VALK


Dated:  May 7, 2013                                          LAW OFFICES OF JOHN L. BURRIS

                                                                          By:   /s/ *Benjamin Nisenbaum*
                                                                                  Benjamin Nisenbaum
                                                                                  Attorneys for Plaintiff
                                                                                  SAMUEL WHITE

STIPULATION TO CONTINUE DISCLOSURE DATE OF EXPERTS AND DISCLOSURE OF REBUTTAL EXPERTS
*White v. City of Vacaville, et al.*
U.S.D.C. Northern District of CA Case No. 2:12-cv-00515-GEB-KJN

# [PROPOSED] ORDER

Having reviewed the stipulation of counsel herein, IT IS HEREBY ORDERED that the Expert Disclosure date is continued from May 10, 2013 to May 31, 2013 and the Rebuttal Expert date is continued from June 7, 2013 to June 21, 2013.

**IT IS SO ORDERED.**

**Date: 5/8/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3
STIPULATION TO CONTINUE DISCLOSURE DATE OF EXPERTS AND DISCLOSURE OF REBUTTAL EXPERTS
*White v. City of Vacaville, et al.*
U.S.D.C. Northern District of CA Case No. 2:12-cv-00515-GEB-KJN