Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com

Attorneys for Defendants
CITY OF VACAVILLE,
RICHARD WORD and DANIEL VALK

John L. Burris, State Bar No. 69888
Benjamin Nisenbaum, State Bar No. 222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
VACAVILLE, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com

Attorneys for Plaintiff
SAMUEL WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL WHITE,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF VACAVILLE, a municipal corporation; RICHARD WORD, in his capacity as Chief of Police for the CITY OF VACAVILLE; DANIEL VALK, individually and in his capacity as a police officer for the CITY OF VACAVILLE; DOES 1-25, inclusive,<br><br>        Defendants. | Case No. 2:12-cv-00515-GEB−KJN<br><br>**THIRD STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR DISCLOSURE OF EXPERTS AND DISCLOSURE OF REBUTTAL EXPERTS** |

1

THIRD STIPULATION TO CONTINUE DISCLOSURE DATE OF EXPERTS AND REBUTTAL EXPERTS
*White v. City of Vacaville, et al.*
U.S.D.C. Northern District of CA Case No. 2:12-cv-00515-GEB-KJN

The parties, by and through their respective counsel, have stipulated and requested two times to continue the deadline to disclose expert witnesses in this matter as follows:

1. The parties stipulated to continue the April 12, 2013 Expert Disclosure date to May 10, 2013, and the May 10, 2013 Rebuttal Expert Disclosure date to June 7, 2013 based on the need to complete further depositions. The Court granted the request.

2. The parties then stipulated to continue the Expert Disclosure date to May 31, 2013 and the Rebuttal Expert date June 21, 2013 to permit additional depositions to be completed and to facilitate the parties' ongoing settlement discussions. The Court granted the request.

The parties hereby stipulate and request a further continuance of the Expert Disclosure date to June 14, 2013 and the Rebuttal Expert date to July 5, 2013. This stipulation and request is based on the parties' ongoing settlement discussions and their mutual acknowledgement that not incurring additional litigation expenses at this juncture will help facilitate the settlement process.

**SO STIPULATED.**

Dated:  May 31, 2013                                            BERTRAND, FOX & ELLIOT

                                                                              By:  /s/ *Richard W. Osman*
                                                                                     Richard W. Osman
                                                                                     Attorneys for Defendants
                                                                                     CITY OF VACAVILLE,
                                                                                     RICHARD WORD and DANIEL VALK

Dated:  May 31, 2013                                            LAW OFFICES OF JOHN L. BURRIS

                                                                              By:  /s/ *Benjamin Nisenbaum*
                                                                                     Benjamin Nisenbaum
                                                                                     Attorneys for Plaintiff
                                                                                     SAMUEL WHITE

# [PROPOSED] ORDER

2

THIRD STIPULATION TO CONTINUE DISCLOSURE DATE OF EXPERTS AND REBUTTAL EXPERTS
*White v. City of Vacaville, et al.*
U.S.D.C. Northern District of CA Case No. 2:12-cv-00515-GEB-KJN

Having reviewed the stipulation of counsel herein, IT IS HEREBY ORDERED that the Expert Disclosure date is continued from May 31, 2013 to June 14, 2013 and the Rebuttal Expert date is continued from June 21, 2013 to July 5, 2013.

**IT IS SO ORDERED.**

**Date: 5/31/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3
THIRD STIPULATION TO CONTINUE DISCLOSURE DATE OF EXPERTS AND REBUTTAL EXPERTS
*White v. City of Vacaville, et al.*
U.S.D.C. Northern District of CA Case No. 2:12-cv-00515-GEB-KJN